United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>CHILDREN'S CREATIVE LEARNING CENTERS; KNOWLEDGE LEARNING CORPORATION; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 13-CV-02246-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the Case Management Conference scheduled for September 25, 2013, to October 9, 2013, at 2 p.m. The Court ORDERS the Parties to file a Joint Case Management Statement by October 2, 2013, instead of the status report scheduled for September 27, 2013.

**IT IS SO ORDERED.**

Dated: September 19, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-02246-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE