**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>   v.<br><br>CHILDREN'S CREATIVE LEARNING CENTERS; KNOWLEDGE LEARNING CORPORATION; and DOES 1 through 100, inclusive,<br><br>                              Defendants. | Case No.: 13-CV-02246-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the Case Management Conference scheduled for October 9, 2013, to November 27, 2013, at 2 p.m.

**IT IS SO ORDERED.**

Dated: October 3, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-02246-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE