**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CHILDREN'S CREATIVE LEARNING CENTERS; KNOWLEDGE LEARNING CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-CV-02246-LHK<br><br>ORDER RE: CASE MANAGEMENT STATEMENT |

The Court orders the parties to file a joint case management statement, which includes an update on the status of the settlement, by no later than December 16, 2013, at 9 a.m. The Case Management Conference for December 18, 2013, at 2 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: December 12, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-02246-LHK
ORDER RE: CASE MANAGEMENT STATEMENT