UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA HERNANDEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHILDREN'S CREATIVE LEARNING CENTERS; KNOWLEDGE LEARNING CORPORATION; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 13-CV-02246-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT STATEMENT |

The Court CONTINUES the Case Management Conference set for December 18, 2013, at 2 p.m., to January 15, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: December 16, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-02246-LHK
ORDER CONTINUING CASE MANAGEMENT STATEMENT