1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, Plaintiff on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CHILDREN'S CREATIVE LEARNING CENTERS; KNOWLEDGE LEARNING CORPORATION; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. C 13-02246 LHK<br><br>The Hon. Lucy H. Koh<br><br>**[PROPOSED] JUDGMENT**<br><br>First Amended Complaint Filed: August 13, 2012 |

Pursuant to the Court's December 11, 2014 Order Granting Plaintiff's Revised Motion For Final Approval of Class Action Settlement, judgment is hereby entered in this action in accordance with the terms of the Settlement Agreement. This action is dismissed with prejudice, and each side is to bear its own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's orders.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: ___ July 8, 2015

*Lucy H. Koh*
**The Honorable Lucy H. Koh**
**United States District Judge**